JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA VANDERHOOP through Cathy Walter as conservator of the estate and person of BABARA VANDERHOOP, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA PIZZA KITCHEN – CANOGA PARK dba CALIFORNIA PIZZA KITCHEN, INC., WESTFIELD GROUP; and DOES 1 through 10, Inclusive, <br><br> Defendants. | ) Case No.: 2:10-CV-8390 PA (EX) <br> ) **Civil Rights** <br> ) <br> ) <br> ) <br> ) ~~[PROPOSED]~~ **ORDER RE REQUEST** <br> ) **FOR DISMISSAL OF ACTION** <br> ) **FILED BY PLAINTIFF BARBARA** <br> ) **VANDERHOOP** <br> ) <br> ) [Notice of Dismissal Filed Concurrently] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Plaintiff BARBARA VANDERHOOP's Request for Dismissal filed with this Court, the above-captioned action is hereby dismissed, without prejudice.

IT IS SO ORDERED.

DATED: ___1/11/11___

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL OF ACTION FILED BY PLAINTIFF BARBARA VANDERHOOP
Case No.: 2:10-CV-8390 PA (EX)